MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCAS EMHOF,<br><br>            Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC dba CHAMPION MORTGAGE COMPANY, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>            Defendants. | Case No.:  2:14-cv-02134-LDG-GWF<br><br>**SUBSTITUTION OF COUNSEL** |

Nationstar Mortgage LLC d/b/a Champion Mortgage Company hereby consents to the substitution of Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT FINLAY & ZAK LLP, in the above-entitled matter.

DATED this 22 day of August, 2016.

NATIONSTAR MORTGAGE LLC
D/B/A CHAMPION MORTGAGE COMPANY

By: /s/ *[signature]*

Its: Resolution Manager

{39008087;1}

Dana J. Nitz, Esq. and Regina Habermas, Esq. of the law firm of WRIGHT FINLAY & ZAK LLP consent to the substitution of Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company.

DATED this 23 day of August, 2016.

WRIGHT FINLAY & ZAK LLP

_/s/ R. Habermas_

DANA J. NITZ, ESQ.
NEVADA BAR NO. 0050
REGINA HABERMAS, ESQ.
NEVADA BAR NO. 8481
7785 West Sahara Ave. Ste. 200
Las Vegas, NV 89117

Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for Nationstar Mortgage LLC d/b/a Champion Mortgage Company in the place and stead of WRIGHT FINLAY & ZAK LLP.

DATED this ____ day of August, 2016.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: _____

{39008087;1}

2

Dana J. Nitz, Esq. and Regina Habermas, Esq. of the law firm of WRIGHT FINLAY & ZAK LLP consent to the substitution of Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company.

DATED this ___ day of August, 2016.

**WRIGHT FINLAY & ZAK LLP**

_____
DANA J. NITZ, ESQ.
NEVADA BAR NO. 0050
REGINA HABERMAS, ESQ.
NEVADA BAR NO. 8481
7785 West Sahara Ave. Ste. 200
Las Vegas, NV 89117

Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for Nationstar Mortgage LLC d/b/a Champion Mortgage Company in the place and stead of WRIGHT FINLAY & ZAK LLP.

DATED this 24th day of August, 2016.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2016

{39008087;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 29th day of August, 2016, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, in the following manner:

(**Electronic Service**) Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Dana Jonathon Nitz, Esq.
Paterno C. Jurani, Esq.
R. Samuel Ehlers, Esq.
Regina A. Habermas, Esq.
**Wright Finlay & Zak, LLP**
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
dnitz@wrightlegal.net
pjurani@wrightlegal.net
sehlers@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

Curtiss S. Chamberlain, Esq.
Kyle Morishita, Esq.
The Law Offices of Curtiss S. Chamberlain
6887 W. Charleston Blvd
Las Vegas, NV 89117
cchamberlain@gotcurt.com
kyle@gotcurt.com

William D. Schuller, Esq.
**Kolesar & Leatham**
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145
wschuller@klnevada.com

/s/ Carla Llarena
An employee of AKERMAN LLP

{39008087;1}

3