MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Defendant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCAS EMHOF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC dba CHAMPION MORTGAGE COMPANY, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>　　　　Defendants. | Case No.: 2:14-cv-02134-LDG-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMPANY'S MOTION TO DISMISS COMPLAINT (ECF NO. 11)** |

Plaintiff Lucas Emhof (**Plaintif**f) and Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company (**Nationstar**) stipulate and agree as follows:

On May 11, 2016 Nationstar filed its motion to dismiss Plaintiff's Complaint [ECF No. 11] (the **Motion**). Plaintiff filed his opposition to the Motion on June 8, 2016 [ECF No. 14] and Nationstar filed its reply in support of the Motion on June 24, 2016 [ECF No. 17].

The Parties now agree the Motion and all responses and replies thereto [ECF Nos. 11, 14 & 17] are withdrawn. Nationstar will file it's answer to the complaint following approval of this stipulation. Each party to bear its respective fees and costs.

///

///

{40812486;1}

Nothing in this stipulation will be construed so as to affect either party's right to file any additional dispositive motions on, or before, the March 9, 2017 dispositive motion deadline.

Dated this 16th day of February, 2017.     Dated this 16th day of February, 2017.

**AKERMAN LLP**                              **The Law Offices of Curtiss S. Chamberlain**

*/s/ Thera A. Cooper, Esq.*                  */s/ Curtiss S. Chamberlain, Esq.*
MELANIE D. MORGAN, ESQ.                      CURTISS S. CHAMBERLAIN, ESQ.
Nevada Bar No. 8215                          Nevada Bar No. 11535
THERA A. COOPER, ESQ.                        6887 West Charleston Blvd.
Nevada Bar No. 13468                         Las Vegas, Nevada 89117
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Nationstar Mortgage LLC d/b/a*   *Attorney for Plaintiff Lucas Emhof*
*Champion Mortgage Company*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 21 February 2017