**SAO**
Curtiss S. Chamberlain, Esq.
Nevada State Bar No. 11535
THE LAW OFFICES OF CURTISS S. CHAMBERLAIN
6887 West Charleston Boulevard
Las Vegas, Nevada 89117
Phone: 702.997.1420
Fax: 702.832.0266
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCAS EMHOF, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, dba, CHAMPION MORTGAGE COMPANY, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO: 2:14-cv-02134-LDG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO REPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

All parties hereby stipulate to extending Plaintiff's time to file a response to Defendant's Motion for Summary Judgment by 14 days, up until and including April 13, 2017. Good cause exists for the request:

//

//

-1-

Plaintiff's counsel had a baby girl in early February. She was diagnosed with a rare cardiac condition and underwent open heart surgery last week. She will be in intensive recovery for approximately two months, and normal recovery for another four. There is a very real possibility she will undergo a second operation in the near future. Plaintiff's counsel has been and will continue to be in the office sporadically so he may care for his daughter.

DATED this 20th day of March, 2017

Curtiss S. Chamberlain Esq.
Nevada State Bar No. 11535
Law Offices of Curtiss S. Chamberlain
6887 W. Charleston Blvd.
Las Vegas, Nevada 89117
*Attorney for the Plaintiff*

DATED this 20th day of March, 2017

/s/ Thera Cooper

Thera A. Cooper, Esq..
Nevada State Bar No. 13468
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorney for Defendant*

## ORDER

Based upon the foregoing stipulation by and between the parties and good cause appearing, IT IS SO ORDERED that Plaintiff shall have up to and including April 13, 2017 to file his response to Defendant's Motion for Summary Judgment.

Dated: this 21 day of March, 2017.

_____
DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully Submitted by:

_____
Curtiss S. Chamberlain, Esq.
Nevada State Bar No. 11535
Law Offices of Curtiss S. Chamberlain
6887 West Charleston Boulevard
Las Vegas, Nevada 89117
*Attorney for Plaintiffs*

-3-