# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUCAS EMHOF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a CHAMPION MORTGAGE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. 2:14-cv-02134-LDG (GWF)<br><br>**SUMMARY JUDGMENT** |

  This matter came before the Court on Defendant Nationstar Mortgage, LLC d/b/a Champion Mortgage Company's Motion for Summary Judgment (ECF No. 41). The Court GRANTED the motion after having read and considered the motion and the supporting and opposing papers. Accordingly,

THE COURT **ORDERS and ADJUDGES** that Plaintiff Lucas Emhof recover nothing, that his claims are dismissed on the merits, and that Defendant Nationstar Mortgage, LLC d/b/a Champion Mortgage Company recover its costs from Plaintiff Lucas Emhof.

DATED this 6th day of March, 2018.

_____
Lloyd D. George
United States District Judge